**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

CHRISTOPHER REYNOLDS,
                Defendant.
------------------------------------------------------------X

11 CR. 12 (RMB)

**ORDER**

      The supervised release hearing previously scheduled for Wednesday, June 9, 2021 at 10:00 AM is hereby rescheduled to 9:30 AM on the same date.

      In light of the continuing COVID-19 pandemic, the supervised release hearing is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

Text

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 1211

Dated: June 3, 2021
       New York, NY

                                      RICHARD M. BERMAN
                                           U.S.D.J.